# UNITED STATES DISTRICT COURT
# DISTRICT OF MAINE

| | |
|---|---|
| CAMILLE D. ORMSBY, ) | |
| ) | |
| Plaintiff, ) | |
| v. ) | No. 1:13-cv-86-GZS |
| ) | |
| SOCIAL SECURITY ADMINISTRA- ) | |
| TION COMMISSIONER, ) | |
| ) | |
| Defendant ) | |

## ORDER AFFIRMING THE
## RECOMMENDED DECISION OF THE MAGISTRATE JUDGE

No objections having been filed to the Magistrate Judge's Recommended Decision (ECF No. 20) filed December 11, 2013, the Recommended Decision is **AFFIRMED**.

Accordingly, it is **ORDERED** that the Commissioner's final decision is **AFFIRMED** and judgment is entered in favor of the Commissioner.

                                                   /s/ George Z. Singal
                                                   United States District Judge

Dated this 6th day of January, 2014.